No. 00–8811. TARKINGTON *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8820. WELCH *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8826. ROBINSON *v.* RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–8830. BEDELL *v.* GORCZYK, COMMISSIONER, VERMONT DEPARTMENT OF CORRECTIONS. C. A. 2d Cir. Certiorari denied.

No. 00–8834. SMITH *v.* POLUNSKY ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8837. EMEAGWALI *v.* UNIVERSITY OF MICHIGAN BOARD OF REGENTS ET AL. Ct. App. Mich. Certiorari denied.

No. 00–8841. FRENCH ET VIR *v.* FAMILY INDEPENDENCE AGENCY. Ct. App. Mich. Certiorari denied.

No. 00–8843. HUNT *v.* REGISTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8849. HARRIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–8852. DECKER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–8854. DUPRE *v.* TOURO INFIRMARY ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8859. JORDAN *v.* BRAZIL ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8861. CROHAN *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8862. COUNTERMAN *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8865. DOTSON *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.